AO 440  (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF FLORIDA

**United States of America**
**c/o NEWMAN & MARQUEZ, P.A.**
**1533 Sunset Drive #225**
**Coral Gables, FL  33143-5700**

Case Number:   **12-CV-22804 Cooke/Turnoff**

*vs.*

**AQUANITA WILLIAMS**
**3028 NW 52ND ST**
**MIAMI, FL 33142**

### SUMMONS IN A CIVIL ACTION

*TO: (Name and Address of Defendant)*

> **AQUANITA WILLIAMS**
> **3028 NW 52ND ST**
> **MIAMI, FL 33142**

*A lawsuit has been filed against you.*

*Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:*

*PLAINTIFF'S ATTORNEY (Name and Address)*

*Newman & Marquez. P.A.*
*JENNIFER MARGOLIS MARQUEZ*
*1533 Sunset Drive  #225*
*Coral Gables,  FL 33143-5700*

*If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Clerk of this Court.*

Date: _____ **JUL 31, 2012** _____



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts